| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 4/22/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>P.O. Box 760<br>Brattleboro, VT 05302-0760 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ▇ Limited Partnership #1 |
| 2. Partner | ▇ Limited Partnership #2 |
| 3. Partner | ▇ Limited Partnership #3 |
| 4. Partner | ▇ Limited Partnership #4 |
| 5. Trustee | Trust #1 |
| 6. Co-Executor | Estate #1 |
| 7. Trustee | Trust #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Murtha_Garvan_J

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Freedom Forum, First Amendment Center | 5/12/2008 | Washington, DC | Seminar | Hotel and Meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accenture Ltd. Class A Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Common Stock | | None | K | T | | | | | |
| 3. Bank of America Stock | A | Dividend | J | | Buy | 2/26 | J | | |
| 4. Bemis Company Common Stock | A | Dividend | J | T | | | | | |
| 5. Cathay Bank Common Stock | A | Dividend | K | T | | | | | |
| 6. Cisco Systems Common Stock | | None | J | T | | | | | |
| 7. CVS Corp. Stock | A | Dividend | J | T | | | | | |
| 8. Eaglecrest Explorations Stock | | None | J | T | Buy | 2/12 | J | | |
| 9. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 10. Exxon-Mobil Common Stock | A | Dividend | K | T | | | | | |
| 11. GS Federal Fund #520 | A | Interest | J | T | | | | | |
| 12. Fortune Brands Stock | A | Dividend | J | T | | | | | |
| 13. FPL Group Inc. Stock | A | Dividend | J | T | | | | | |
| 14. Franklin Resource Stock | A | Dividend | J | T | Buy | 2/26 | J | | |
| 15. Income Money Market Fund | A | Interest | J | T | | | | | |
| 16. Ishare Midcap Index 400 Fund | A | Dividend | J | T | | | | | |
| 17. Ishare MSCI Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Metho Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Ishare Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 19. Kaman Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. Maxim Integrated Prods. Stock | A | Dividend | J | T | | | | | |
| 21. McGraw Hill Stock | A | Dividend | J | T | | | | | |
| 22. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 23. Nokia Common Stock | A | Dividend | J | T | Buy | 9/3 | J | | |
| 24. Omnicom Group Common Stock | A | Dividend | J | T | | | | | |
| 25. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 26. Pimco Commodity Fund | A | Dividend | J | T | | | | | |
| 27. Pimco Real Return Fund | A | Dividend | J | T | | | | | |
| 28. Procter & Gamble Stock | A | Dividend | J | T | Buy | 9/05 | J | | |
| 29. Qualcomm Stock | A | Dividend | | | Sold | 9/3 | J | A | |
| 30. U.S. Bankcorp Stock | A | Dividend | J | T | Buy | 2/26 | J | | |
| 31. Vanguard Emerging Mkts Stock | A | Dividend | J | T | | | | | |
| 32. Wells Fargo Stock | A | Dividend | J | T | Buy | 2/26 | J | | |
| 33. Webster Fincl. Corp. Stock | A | Dividend | | | Sold | 9/3 | J | C | |
| 34. Merchants Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brattleboro Country Club Bond | A | Interest | J | W | | | | | |
| 36. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 37. Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 38. ███ Limited Partnership #1 | D | Div. & Int. | N | T | | | | | |
| 39. - Automatic Data Processing Stock | | | | | | | | | |
| 40. - Becton Dickinson Stock | | | | | | | | | |
| 41. - CVS Caremark | | | | | | | | | |
| 42. - Citigroup Stock | | | | | Sold | 1/17 | J | | |
| 43. - Columbia Dividend Income Fund | | | | | Buy | 12/17 | K | | |
| 44. - Columbia Mid-Cap Value Fund | | | | | Sold | 12/17 | K | | |
| 45. - Columbia Lg. Cap Growth Fund | | | | | Buy | 12/17 | K | | |
| 46. - Columbia Sm. Cap Core Fund | | | | | Sold | 12/17 | K | | |
| 47. - Columbia Mid-Cap Index Fund | | | | | Buy | 12/17 | K | | |
| 48. - Columbia SmCap Growth Fund | | | | | Sold | 12/17 | K | | |
| 49. - Columbia Small Cap Index Fund | | | | | Buy | 12/17 | J | | |
| 50. - Columbia Acorn Fund | | | | | Sold | 12/17 | J | | |
| 51. - Columbia Acorn Int'l Fund | | | | | Sold | 12/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 53.   - Hartford Fin'l Stock | | | | | Sold | 12/19 | J | | |
| 54.   - Home Depot Stock | | | | | Sold | 12/19 | J | | |
| 55.   - MFS Ser Int'l Fund | | | | | Buy | 12/17 | K | | |
| 56.   - Oracle Stock | | | | | | | | | |
| 57.   - Pepsico Stock | | | | | | | | | |
| 58.   - Procter & Gamble Stock | | | | | | | | | |
| 59.   - Target Stock | | | | | | | | | |
| 60.   - United Technologies Stock | | | | | | | | | |
| 61.   - Weyerhaeuser Stock | | | | | Sold | 12/19 | J | | |
| 62.   ▮▮▮▮ Limited Partnership #2 | F | Div. & Int. | P1 | T | | | | | |
| 63.   - Bank of America Stock | | | | | | | | | |
| 64.   - BA Diversified Real Estate Fund | | | | | | | | | |
| 65.   - Caterpillar Stock | | | | | | | | | |
| 66.   - Cathay Bancorp Stock | | | | | Sold | 12/19 | M | | |
| 67.   - Coca Cola | | | | | Buy | 12/19 | K | | |
| 68.   - Columbia Acorn Int'l Fund | | | | | Sold | 12/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Columbia Dividend Income Fund | | | | | Buy | 12/17 | L | | |
| 70. - Columbia Marisco Int'l Fund | | | | | Sold | 12/17 | L | | |
| 71. - Columbia Mid Cap Fd | | | | | | | | | |
| 72. - Columbia Multi-Strategy Hedge Fund | | | | | | | | | |
| 73. - Columbia Small Cap Core Fd | | | | | Sold | 12/17 | K | | |
| 74. - Columbia Small Cap Index Fund | | | | | Buy | 12/17 | L | | |
| 75. - CSX Corp. Stock | | | | | | | | | |
| 76. - Disney Stock | | | | | Buy | 12/19 | K | | |
| 77. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 78. - Exxon Mobil Stock | | | | | | | | | |
| 79. - Franklin Res. Stock | | | | | | | | | |
| 80. - Genzyme Stock | | | | | | | | | |
| 81. - Hewlett Packard Stock | | | | | | | | | |
| 82. - Lubrizol Corp. Stock | | | | | | | | | |
| 83. - MFS Ser Int'l Fund | | | | | Buy | 12/17 | L | | |
| 84. - Morgan J.P. Chase Stock | | | | | | | | | |
| 85. - Procter & Gamble Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Royal Dutch Shell Stock | | | | | | | | | |
| 87. - Staples Stock | | | | | | | | | |
| 88. - Target Stock | | | | | Sold | 12/19 | L | | |
| 89. - Teva Pharmaceutical Stock | | | | | | | | | |
| 90. - United Technologies Stock | | | | | Sold | 12/19 | K | | |
| 91. - Weyerhaeuser Stock | | | | | Sold | 12/19 | K | | |
| 92. ▇ Limited Partnership #3 | C | Int/Div. | N | T | | | | | |
| 93. - Becton Dickinson Stock | | | | | | | | | |
| 94. - CVS Caremark | | | | | | | | | |
| 95. - Citigroup Stock | | | | | Sold | 1/17 | K | | |
| 96. - Columbia Mid Cap Value Fund | | | | | Sold | 12/17 | J | | |
| 97. - Columbia Mid Cap Index Fund | | | | | Buy | 12/17 | K | | |
| 98. - Columbia Sm. Cap Core Fund | | | | | Sold | 9/23 | K | | |
| 99. - Columbia Small Cap Index Fund | | | | | Buy | 12/17 | K | | |
| 100. - Columbia SmCap Growth Fund | | | | | Sold | 9/23 | K | | |
| 101. - Columbia Acorn Fund | | | | | Sold | 9/23 | J | | |
| 102. - Columbia Acorn Int'l Fund | | | | | Sold | 12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 104. - Hartford Fin'l Stock | | | | | Sold | 12/19 | J | | |
| 105. - MFS Ser Int'l Fund | | | | | Buy | 12/17 | K | | |
| 106. - Oracle Stock | | | | | | | | | |
| 107. - Target Stock | | | | | | | | | |
| 108. - United Technologies Stock | | | | | | | | | |
| 109. ▮▮▮ Limited Partnership #4 | G | Int./Div. | P1 | T | | | | | |
| 110. - Air Prods & Chems Stock | | | | | Sold | 12/19 | L | | |
| 111. - AT&T Stock | | | | | Buy | 12/19 | L | | |
| 112. - Automatic Data Processing Stock | | | | | Sold | 12/19 | K | | |
| 113. - Bank of America Stock | | | | | | | | | |
| 114. - Caterpillar Stock | | | | | | | | | |
| 115. - Cathay Bancorp Stock | | | | | Sold | 12/19 | M | | |
| 116. - Coca Cola Stock | | | | | Buy | 12/19 | L | | |
| 117. - Columbia Acorn Int'l Fd | | | | | Sold | 12/17 | M | | |
| 118. - Columbia Marisco Int'l Fd | | | | | Sold | 12/17 | L | | |
| 119. - Columbia Mid Cap Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Columbia Mngt Hedge Fd | | | | | | | | | |
| 121. - Columbia Small Cap Fd | | | | | | | | | |
| 122. - CSX Corp. Stock | | | | | | | | | |
| 123. - Disney Stock | | | | | Buy | 12/19 | K | | |
| 124. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 125. - Exxon Mobil Stock | | | | | | | | | |
| 126. - Franklin Res. Stock | | | | | Sold | 4/24 | N | | |
| 127. - Genzyme Stock | | | | | | | | | |
| 128. - Harbor Int'l Fund | | | | | Buy | 12/17 | L | | |
| 129. - Hewlett Packard Stock | | | | | Sold | 12/19 | M | | |
| 130. - Houston Tex Arpt Bonds | | | | | | | | | |
| 131. - Johnson & Johnson Stock | | | | | | | | | |
| 132. - Kellogg Stock | | | | | | | | | |
| 133. - Lowes Stock | | | | | Sold | 12/19 | K | | |
| 134. - Lubrizol Corp. Stock | | | | | | | | | |
| 135. - MFS Ser Int'l Fund | | | | | Buy | 12/17 | L | | |
| 136. - Microsoft Stock | | | | | Sold | 12/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Monsanto Stock | | | | | Buy | 12/19 | K | | |
| 138. - Morgan J.P. Chase Stock | | | | | | | | | |
| 139. - Procter & Gamble Stock | | | | | | | | | |
| 140. - Rio Tinto PLC Stock | | | | | Sold | 12/19 | K | | |
| 141. - Royal Dutch Shell Stock | | | | | | | | | |
| 142. - Staples Stock | | | | | | | | | |
| 143. - Target Stock | | | | | Sold | 12/19 | L | | |
| 144. - Teva Pharmaceutical Stock | | | | | | | | | |
| 145. - United Parcel Stock | | | | | Sold | 12/19 | K | | |
| 146. - United Technologies Stock | | | | | Sold | 12/19 | M | | |
| 147. - U.S. Bankcorp Del | | | | | Buy | 12/19 | K | | |
| 148. - Vanguard Int'l Fund | | | | | Buy | 12/19 | M | | |
| 149. - Weyerhaeuser Stock | | | | | Sold | 12/19 | K | | |
| 150. Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 151. - Abbott Labs Stock | | | | | | | | | |
| 152. - Accenture Ltd. Stock | | | | | | | | | |
| 153. - Apache Corp. Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Arrow Electronics Stock | | | | | | | | | |
| 155. - Automatic Data Processing Stock | | | | | | | | | |
| 156. - Bank of America Stock | | | | | | | | | |
| 157. - Bemis Stock | | | | | | | | | |
| 158. - BPPLC Stock | | | | | | | | | |
| 159. - CGM Focus Fund | | | | | Buy | 8/20 | J | | |
| 160. - Citigroup Stock | | | | | | | | | |
| 161. - CVS Corp. Stock | | | | | | | | | |
| 162. - Dover Corp. Stock | | | | | | | | | |
| 163. - Fortune Brands Stock | | | | | | | | | |
| 164. - FPL Group Stock | | | | | | | | | |
| 165. - Franklin Res. Stock | | | | | | | | | |
| 166. - GS Federal Fund, formerly GS Finl Sq Treasury Fund | | | | | | | | | |
| 167. - HCP Stock | | | | | | | | | |
| 168. - Illinois Tool Wks Stock | | | | | | | | | |
| 169. - IShare MSCI Fund | | | | | | | | | |
| 170. - IShare Midcap Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - IShare Small Cap Fund | | | | | | | | | |
| 172. - Johnson & Johnson Stock | | | | | | | | | |
| 173. - Kimco Realty Stock | | | | | | | | | |
| 174. - Maxim Integrated Prods. Stock | | | | | | | | | |
| 175. - MSC Industrial Direct Stock | | | | | | | | | |
| 176. - Nokia Stock | | | | | | | | | |
| 177. - Omnicom Group Stock | | | | | | | | | |
| 178. - Patterson Utl Energy Stock | | | | | | | | | |
| 179. - Pepsico, Inc. Stock | | | | | | | | | |
| 180. - Procter & Gamble Stock | | | | | | | | | |
| 181. - Roche Holding Stock | | | | | | | | | |
| 182. - Royal Dutch Shell Stock | | | | | | | | | |
| 183. - Sanofi Aventis Stock | | | | | | | | | |
| 184. - Stryker Corp. Stock | | | | | | | | | |
| 185. - Target Corp. Stock | | | | | | | | | |
| 186. - United Technologies Stock | | | | | | | | | |
| 187. - US Bancorp Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. - Vanguard Emergin Mkts Stock | | | | | | | | | |
| 189. - Wells Fargo Stock | | | | | | | | | |
| 190. - Wm Blair Int'l Fund | | | | | | | | | |
| 191. Estate #1 | E | Int./Div. | O | T | | | | | |
| 192. - Air Prods & Chems Stock | | | | | Sold | 4/7 | K | | |
| 193. - Coca Cola | | | | | Buy | 12/19 | K | | |
| 194. - Columbia Acorn Int'l Fund | | | | | Sold | 12/17 | M | | |
| 195. - Columbia Dividend Income Fund | | | | | Buy | 12/22 | M | | |
| 196. - Columbia Marisco Equities Fund | | | | | Sold | 12/17 | L | | |
| 197. - Columbia Large Cap Growth Fund | | | | | Buy | 12/22 | L | | |
| 198. - Columbia Marisco Int'l Fund | | | | | Sold | 12/17 | M | | |
| 199. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 200. - Hewlett Packard Stock | | | | | Sold | 12/17 | L | | |
| 201. - MFS Ser Int'l Fund | | | | | Buy | 12/17 | M | | |
| 202. - Rio Tinto Stock | | | | | Sold | 4/7 | K | | |
| 203. - Target Stock | | | | | Sold | 4/7 | L | | |
| 204. - Teva Pharmaceutical Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - United Technologies Stock | | | | | Sold | 12/19 | L | | |
| 206. Trust #2 | E | Div. & Int. | N | T | | | | | |
| 207. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 208. - Kaman Stock | | | | | | | | | |
| 209. Merrill Lynch IRA | C | Div. & Int. | M | T | | | | | |
| 210. - Alliance Bernstein Int'l Fund | | | | | | | | | |
| 211. - American Growth Fund | | | | | | | | | |
| 212. - Citigroup Stock | | | | | Buy | 10/29 | J | | |
| 213. - Ford Motor Cdt Bond | | | | | Sold | 6/3 | J | | |
| 214. - General Mtrs Bond | | | | | Sold | 6/3 | J | | |
| 215. - Hartford Cap Apprec. Fund | | | | | | | | | |
| 216. - Henderson Int'l Fund | | | | | | | | | |
| 217. - Hotchkis & Wiley Midcap Fund | | | | | | | | | |
| 218. - Legg Mason Fund | | | | | Buy | 6/3 | J | | |
| 219. - Loomis Sayles Strategic Fund | | | | | Buy | 6/3 | J | | |
| 220. - Lord Abbett Midcap Fund | | | | | | | | | |
| 221. - Mainstay Midcap Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 223.  - TouchstoneMidcap Growth Fund | | | | | | | | | |
| 224.  - Vanguard Total Fund | | | | | Buy | 6/3 | J | | |
| 225.  - Van Kampen Global Fund | | | | | Sold | 6/3 | J | | |
| 226.  Trust #1 (X) Income Beneficiary | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 4/22/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544